IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD JENKINS, AIS #138355** | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION 14-00553-KD-N |
| | : | |
| **STATE OF ALABAMA,** *et al.*, | : | |
|     Respondents. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 27, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and to obey the Court's order.

**DONE** and **ORDERED** this the **27th** day of **March 2015.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**